**LAW OFFICES OF DAVID PALACE**
383 KINGSTON AVE. #113
BROOKLYN, NY 11213
TEL: (347) 651-1077
FAX: (347) 464-0012
EMAIL: DAVIDPALACE@GMAIL.COM

---

May 22, 2017

<u>VIA ELECTRONIC FILING</u>

Hon. Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Kleinman v. LTD Financial Services LP*
            Docket No. 1:16-cv-05985-ENV-PK

Dear Judge Kuo,

    I represent the Plaintiff in the above referenced matter, and write to advise the Court that the parties have reached a settlement in the above matter. I further request the Court give the parties 45 days to file a notice of dismissal in this matter. This is necessary to allow the parties sufficient time to complete the terms of the agreement.

    I thank the Court in advance for its consideration in this matter.

                                         Respectfully Submitted,

                                         LAW OFFICES OF DAVID PALACE
                                         By:__s/David Palace_____
                                         David Palace

cc: Richard J. Perr, Esq. (via ECF)