UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Shimon Kleinman** individually
and all other similarly situated consumers,

    Plaintiff,

v.	**STIPULATION OF DISMISSAL**

    Case No. 1:16-cv-05985-ENV-PK

**LTD Financial Services LP**

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Dated this 24th day of May 2017.

| | |
|---|---|
| /s/ David Palace | /s/ Richard J. Perr |
| David Palace, Esq. | Richard J. Perr, Esquire (RP5194) |
| Law Offices of David Palace | FINEMAN KREKSTEIN & HARRIS, P.C. |
| 383 Kingston Avenue, #113 | Ten Penn Center |
| Brooklyn, NY 11213 | 1801 Market Street, Suite 1100 |
| Phone: (347) 651-1077 | Philadelphia, PA 19103 |
| Fax: (347) 464-0012 | (v) 215-893-9300; (f) 215-893-8719 |
| Email: davidpalaceesq@gmail.com | rperr@finemanlawfirm.com |
| Attorney for Plaintiff | Attorneys for Defendant |